**PYCSA PANAMA, S.A., Plaintiff–Appellant,**

v.

**TENSAR EARTH TECHNOLOGIES, INC., a Georgia corporation, Defendant–Appellee,**

**Thomas E. Scott, Special Master.**

**No. 08–13317.**

United States Court of Appeals, Eleventh Circuit.

July 17, 2009.

Stephen Frederick Rosenthal, Podhurst Orseck, P.A., Miami, FL, for Plaintiff–Appellant.

Gregory Mark Palmer, Marty Fulgueira Elfenbein, Michael R. Holt, Joshua D. Lerner, Rumberger Kirk & Caldwell, P.A., Miami, FL, for Defendant–Appellee.

Before DUBINA, Chief Judge, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's granting Tensar Earth Technologies, Inc.'s motion for summary judgment. After a careful review of the record, review of the parties' briefs, and having the benefit of oral argument, we affirm the summary judgment of the district court on

its well-reasoned opinion of 16 April 2008 (2008 WL 1775409 (S.D.Fla.)).

AFFIRMED.